Last case of the morning is case number four dash fifteen dash zero four four four people versus Davie Shaw Hearing for the appellant is attorney Erica Nichols cook and for the affilee is attorney Amy sites Johnson. Good morning Let's cook. Are you ready to proceed you may? Spoke the office of the state of public offender here on behalf of mr. Davis Your honors. I would like to address the that's an argument first and then turn to the public defender fee and any questions This court has on the jurisdiction issue if that's okay Your honors regarding the batson Argument we're here today because of a court I our question and I'd like to read that If after you hear everything the evidence the arguments and my instructions on the law you believe the state prove this case Beyond a reasonable doubt will you sign a guilty verdict form this is the question at issue with the strike of Miss Bynum and Comparison to miss okay this question was asked to the panel of each 14 jurors and then the court said each jurors name one at a time But without repeating the question to the juror This okay was the first year on the first panel a white woman and she asked to have the question repeated Court complied happily and she answered yes during the second panel the question was Said again, and then the fourth juror was Bynum a black woman She replied you said if that if I believe that the evidence and the court cut her off And so let me ask you the question. Let me tell you the question and she read the question again in Miss Bynum answer yes, Miss Bynum was in the subject of the batson challenge and at first proceedings during the trial the state Said that her hesitation and request to have this question repeated was the reason he struck her in the jury and The court accepted that as this court's aware and remanded in this it resulted in a remand for further batson proceedings On remand the prosecutor added they must find him also had a pause or a look and that was why? He struck her from the jury Counsel what impact we've been considering the Miller L case What impact is the fact that this was something added after the fact and also the reference to a look I think there's some discussion in that case about how that can be difficult Yes, your honor a look will be considered demeanor based and Compared to what a demeanor based strike your honor And so demeanor is obviously very subjective it can mean different things the person who observes it The this demeanor was not explored by the prosecutor and Miller L to Talks a lot about how a reason that comes up later Such as this one on remand Kind of reeks of afterthought is the language the court uses that it's not as credible because it's added I would argue in this case additionally at the trial court didn't have any independent recollection of a pause or a look or anything significant about Miss Bynum and The Prosecutor himself he didn't explore that issue with Miss Bynum. He could have asked her I See you hesitating there. Are you having trouble understanding? Do you not have any done that you would not be making this argument? I think it would be a different argument your honor because Miller L to instructs us that failure to ask any questions is evidence of pretext and he didn't ask her anything He didn't ask her about the hesitation or to look or about her family and that seems to be inconsistent with easily that talks about the fact that If you don't ask for further explanation, there's no reason to be Concerned about that. Yes, your honor and I would I would point out the easily was decided in 2000 It was a death penalty case and was well before Miller L to and Snyder and so it was decided without that guidance That when you're considering all relevant circumstances at the third step That the court should consider the prosecutors failure to follow up You'll note in this case prosecutor followed up with white jurors on some other matters There was a jury who had a sick mother in the hospital. He asked her questions about that. Can you focus? That obviously concerned him, but he didn't follow up with Miss Bynum or the second black during the Smith regarding in any areas of concerns So I think Miller L to is very instructive in this in this situation in the trial court Didn't consider that when she found the prosecutor to be credible and denied this Batson challenge Additionally The prosecutor insisted at several different points that his acceptance of Miss Williams a black woman as the alternate juror Was should be considered by the court and was evidence that he was not striking anybody based on race He brought it up in on remand He said it during the initial proceedings and It's an untrue statement. He had no strikes left He used his one perimetry strike for the selection of the alternate on Miss Williams just prior to Miss Williams. I'm a Smith I'm apologizing just prior to Miss Williams consideration So his insistence that the fact that he he took a black person does not negate Any inference of racial motivation in the strikes of vitamin Smith previously As this court knows the standard review here on the Batson issue is clear error however, Miller L to instructs us that the deference and afforded in clear error does not preclude relief and Especially here with a record Contradicts the credibility findings and doesn't support the trial court's determination. This court can grant relief despite the standard of review The Supreme Court recognized when they issued the decision in Batson But there will be practical difficulties in the trial court recognizing implicit or invisible bias in your honors I would argue that that's what occurred here. Yeah, this prosecutor may not have been fully aware that he had Some implicit bias going on here and the trial court was unable to detect that and failed to consider all the ample evidence of pretextual Reasons and that his reasons for striking this item, especially the pause to look are not supported by the record They're not corroborated by anybody else that was in that courtroom and his further behavior and not asking her any questions And his insistence on Miss Williams supports a finding that Racial discrimination played a part in the selection of mr. Shaw's jury We would ask this court to grant mr. Shaw a new trial to find that the selection of his jury violated the protection clause that it deprived him of a fair trial in an impartial jury and to reject the state's arguments because they are They don't they are without the benefit of Miller L to or Snyder and for those reasons Ask you to grant mr. Shaw a new trial on the bats and violation If there's no further questions regarding that argument, I'll move on to the public defender fee Okay This case is somewhat unique factually the state sentenced mr. Shaw December 17th 2012 at that time. She reserved ruling on the motion for public defender reimbursement order There was a private attorney who I think had a claim on the bond money and he wasn't available And so she continued it until January and then again till February in February The court profoundly entered an order the rest of the bond money. Whatever's left goes to the public defender fee that awardence of that reimbursement fee violates the statutory rights and the reimbursement statute and Reimbursement This court does have jurisdiction the first notice of appeal Included his conviction and sentence and the public defender fee reimbursement becomes a part of his sentence And so this court can address it and in addition mr. Shaw called the second notice of appeal after the Batson hearing remand even though I don't believe that was necessary Because this court retained jurisdiction during the remand to just to decide All three issues that were raised in the council, let me ask you a question about this subject the Supreme Court of Illinois held some time back That The failure of the defendant to raise an issue about the imposition of attorney fees Was not forfeitable Meaning that OSAD could raise it on appeal Without there having been any issue being raised by the defendant trial level such as judge didn't hold a hearing or it was not Properly done or it's excessive or whatever the argument might be I don't recall And and there has since been and love I think is another wasn't the first that was I don't remember the first case but this court and other courts have since then had and Distressingly frequent occasions the Supreme Court would get very upset about maybe love was one of them said we're tired of seeing this kind of stuff come up talking about this and in every instance I can remember the I Defendant raised some problem with the trial level So it's all essentially saying it's not to be forfeited Reason I'm asking about all this is this is the first case I can recall Where an issue has arisen regarding the notice of appeal? And I'm wondering I frankly I'm not saying this one. It seems to me likely that if an defense attorney at the trial level was not saying anything about any improprieties in the imposition of the attorney's fees that Mentioning that issue in a notice of appeal appears very unlikely So to what extent is this an issue we should be addressing does it matter. Do you know? To what extent that was ever discussed at any of these other cases I don't know if I've asked this clearly or well counsel I apologize if I haven't but I'm just trying to figure out how the doctrine of it's not forfeitable Is to be affected by any notice of appeal issues Yeah, I think that's a great question and it may require a supplemental brief. I would note that Mr.. Shaw was not represented by counsel at the time of the fee award because counsel became a witness and So you're not going to think see counsel objecting to this court not following the statute and not following due process And people be loved because she's no longer representing mr.. Shaw at this point and Mr.. Shaw was not given any new appeal admonishment, so he doesn't have any Awareness that he can appeal that the order. We're putting a in a strict light. I think the requirements jurisdictional requirement is that you have to raise an Issue in your notice of appeal that you want to address They want to have addressed by the appellate court even if it might be An oblique reference got to be something yes, and your honor I would argue in this case the first notice bill did include a sentence and since the fee order becomes a part of his sentence We didn't think it is. I don't think I you know I Frankly it seems to me a fee order should be Divorced entirely from any kind of punitive aspect which is what a sentence is in the need There have been and there can be cases where Payment for court-appointed counsels entered where the defendant has been acquitted Yes, so which makes it even less makes it even more problematic. That's somehow a fee order but the reason I asked what I did is it seems to me that in all of the cases where the Supreme Court and other courts have Found issues about these fee orders not to be forfeitable that They should not have been jurisdictionally Available because they weren't going to be part of the notice of appeal either Yet there they were so I'm just wondering about Your honor I'm aware of Caballero where the court held they could they had jurisdiction They could get to it under the orderly administration of justice. That's a theory this court could also use Well, that was the Supreme Court wasn't it I believe so see but the rules don't apply to them we're the mere mortals court here and You'd be following their precedent Well this case is on a different procedural footing than most because here you had the judgment being entered on December 17th Notice of appeal being filed on December the 19th the public defender fee assessment not being made until February So and no admonishment the garden variety public defender fee assessment That we've been talking about usually would occur prior to the filing of the notice of appeal and so we're talking about the forfeitable issue Here but now we're in the realm of Jurisdiction and you have an assessment that has been made Following the filing of the notice of appeal you've not had any request to amend the notice of appeal There is a second Notice of appeal filed in this case, but without reference made to the public defender Assessment so really this is a different kind of case than you know what we're talking about when we're talking about Forfeitable versus non-forfeitable issue we're talking about jurisdiction, right? Yes, sir, and I would agree with you that this is a very unique factual situation that does bring up a lot of new questions There is also I think Maybe appropriate for a supplemental brief and whether the trial court had the power to act 60 days after the final order had been issued But the statute allows for 90 days to have a hearing, but she didn't have a hearing so I do think that this is unique and You know would encourage this court to exercise jurisdiction to correct this Problem now instead of having to deal with it on a post conviction or in some other proceeding But it's either there or it isn't in terms of jurisdiction, that's not something that we can choose to find It's there or not Would you like to address the other issues the evidentiary issues Or do you stand on the brief? I would stand on the brief, your honor, and I believe they were argued previously All right, thank you, Ms. Zeis-Johnson I Will begin with the jurisdictional issue. It is my belief this court lacks jurisdiction to hear this issue the state filed a notice of request for public defender fee on December 11th the defendant was sentenced on the 17th the notice of appeal was filed on the 19th of 2012 and then on February 7th of 2013 was the hearing where clearly there were Mistakes that were made at that hearing actually imposing the public defender's fee but We're here actually on an appeal following remand, and this is a whole different Procedural posture that is brought to the case When this there's no question it was not Included when we argued this originally in Champaign that was not an issue that was raised. It's not in those original briefs It was in Champaign you retain jurisdiction of all remaining arguments with the exception of Batson So again all remaining arguments cannot include this public defender fee imposition that was not part of it, and then you remanded only on the Batson issue and on the When you remand the scope of that mandate is very strict And that is the only authority that the trial court has when it comes back down to them So all that they could do was address Batson. That's the only authority that you gave to them Clearly the imposition of a public defender fee is not something that is part and parcel of a Batson hearing So the trial court wasn't asked to address it, but even had they been they could not Now we are back up, and we are dealing with the Batson issue, and we get for the first time this public defender Request this issue of an impropriety with the imposition of the public defender fee Respectfully it cannot be addressed now because there's still no jurisdiction. It wasn't part of the original appeal It wasn't included in that that December 2012 notice of appeal the council just said covers this it doesn't The order how can an appeal filed in December cover Notice of an appeal notice to it Intent to appeal an order that has not even come into existence Let me ask you this counsel. Let's assume the public defender fee had been imposed earlier And imposed at the time of sentencing originally and If the deficiencies in its imposition were the same as here and There's no reference in the notice of appeal at all To the imposition of the public defender fee when we still just that I Would say if it was filed if the if it was part of it was taken care of prior to that notice of appeal Filed I would say that there would have been a right to address it in the direct appeal when it came up But they didn't and I would also point out that December 17th was the date of the sentencing there were 30 days from that date that they could file their appeal Then there is another 30 days that are allowed whereby motion you can ask to amend that appeal February 7th is 10 days shy of that 60-day window there So defendant could have filed even though it wasn't entered until February 7th, but they were within the 60 days my question Case law holds that notices of appeals should be considered as a whole will be deemed sufficient to confer jurisdiction on the appellate court when it fairly and adequately sets out the judgment complained of and the relief saw us advising the Successful litigant of the nature of the appeal and also for the appellate court and to be liberally construed how I Concede I haven't paid a lot of attention typically to notice of appeal But they might say feeling the judgment entered against the defendant is conviction and sentence or is that effect? I think that's fairly standard Is With that language be good enough normally to give this court jurisdiction over claims that the court appointed counsel fee was improperly assessed I Know that there are cases that say even liberally construed even liberally construed You cannot say that a notice of appeal included an order that had yet to be imposed But it's not my question council. I understand your position of that, but I want I asked you specific hypothetical probably under those circumstances It could Because I'm wondering if you would have any insight into the question I asked Miss Nichols cook about What were the notice of appeal in all of those cases including those from the Supreme Court which held that The failure to raise this issue at the trial level did not result in forfeiture on appeal I Don't think the notice of appeal in that case was that much different than the notice of appeal that we have here And they did say you can't forfeit it, and it can be raised But I don't think that we can separate out at this point the fact that Even accepting that on a direct appeal, and you didn't raise it Liberally construed you should have that you do have that right, and it can't be forfeited But you cannot separate that here. It wasn't raised on the direct appeal It was raised on appeal from remand beyond the scope of the mandate for the reading Well, I do think that's my problem is it's typically not raised in direct appeal at all. I mean from the trial level Fence attorney at the trial level isn't doing it It's OSAD on appeal that looks and says wait a minute. There's a problem with the imposition of this fee It wasn't raised at the trial level. We want to raise it now and the Supreme Court has said you can't OSAD didn't raise it when we argued this They didn't make it one of those remaining issues that you retain jurisdiction to address Pardon at the time that we argued it yes ma'am it had I Believe so I am NOT trying to mislead the court I honestly believe so and I know that at the time that we argued it it had And what about the fact that the defendant was not admonished of any right to appeal given the fact that this took place well after His sentence there were clearly errors I mean there's no there's no question about that and so Your position has changed because before you were suggesting that it should be remanded for the proper hearing But now you say no jurisdiction don't send it back fairly I should have looked at jurisdiction clear because upon doing the additional research. I I have changed yes But you still agree that it was not properly done yes, Your Honor I I'm not going to go over the facts at length. I know that you're very familiar with them In arguing that the trial court was clearly erroneous the defendant argues that the state's race neutral reasons were Protectural in excusing jurors Bynum and Smith, and I will address juror Bynum first The state explained that the reason for her excusal was because she had a prolonged Hesitation and a facial expression that caused them concern was that the initial explanation? Well there are two different times The first time after she was questioned they moved to excuse her for cause and at that time they based it upon I'm sorry Thank you Yes, they did they said that it was a prolonged Hesitation and a facial expression that caused them pause and concern so they included the hesitation and the look initially before we decided the first case I Again I'm not trying to mislead you perhaps the look was not mentioned until it went back on remand, but I know the prolonged hesitation was their reason for it and The court the not the court the prosecutor recognized at the time that facial expressions Hesitations demeanors are not things that show up and are reflected in the record But it doesn't change the fact that that was the reason for her excusal after considering the state's Explanation after considering the defendants rebuttal information the trial court found that purposeful discrimination had not been shown Now I know that today and in the briefs Defendant disagrees with the value that should be placed upon demeanor when using it for a race neutral explanation But I cited to easily in my brief and I cited to four other cases that unequivocally state demeanor is a legitimate race neutral reason for excusal and In saying that I am misguided in relying on those five, Illinois Supreme Court cases Defendant cites to two Court of Appeal cases from the federal court that are not binding on the court Miller L I does not contradict easily what Miller L says is that well, let me Specifically the representation in the brief I believe is not accurate the quote that is provided and given to Miller L is not a direct holding of Miller L Miller L answer my question. What does Miller L say about demeanor Miller L says that it is something that is fair to consider as evidence of Pretext in your race neutral response. Does that recognize the inherent difficulty and ability to abuse The use of demeanor. Absolutely. Absolutely, and they recognize that it's subjective and they recognize that sometimes prosecutors may not even be fully aware that what they're arguing is pretextual but easily says and this is the reason I do not believe that it is Evidence of pretext it is not conclusive evidence of pretext So it is something that can be considered, but the suggestion that easily is no longer applicable is simply wrong They do not war with each other what it says Miller L to says you should and you may consider it Easily says but it alone is not conclusive Well Easily says that demeanor constitutes a legitimate race neutral reason and Miller L Seems to suggest that that is suspect that if that is the reason Given that perhaps you need to look a little further perhaps Yes, again, there's no denying that there is a subjectiveness to it But beyond Miller L in 2010 the US Supreme Court decided Thaler Haynes and then Thaler B They once again said that a court is not required to reject a demeanor based race neutral explanation And beyond that they are not required to reject it Even if the judge did not personally observe or personally recall that jurors demeanor and the trial judge in this case address all of this Okay, the trial judge addressed the hesitation and addressed it at length and their finding contradicts the characterization of what that hesitation was What's the trial court found is that Unlike the other jurors when there were comparisons. Mm-hmm. She had to be asked three times before she answered the question She was asked the first time the question was read and she did start to ask the question again And she seemed to have some confusion on it and the court said wait I'll read ask it repeated the question notably using word-for-word exactly the same so there wasn't any change in the language She hesitated still the courts Still hesitated and the court minutes written ruling finds that and then when she was asked the third time She eventually said yes the courts ruling says Quote Bynum hesitated in her initial response then began to pose a question at that time the court repeated the question again She hesitated until the court addressed her again, and then she answered. Yes, that is not the same thing as O'Kane and Hedrick who again in O'Kane was addressed in the written Ruling Hedrick wasn't because Hedrick wasn't raised as an issue below before the court O'Kane the court simply said Simply asked that the question be repeated and promptly responded It's not the same characterization. So there is a distinction between that. So I guess I'm wondering Are you saying that in order to demonstrate a bats in violation? You have to prove that the defendant would have to prove that someone did exactly the same thing or something even quote-unquote worse No, and I know again, we were talking about similarly situated jurors similar, you know Circumstances and it seems a bit of a stretch to say well this one hesitated a little bit longer Or this one had to be asked twice and this one had yes three times Well, I would say that the record doesn't show the other two jurors O'Kane and Hedrick actually has no I'm not saying I'm not suggesting that okay asking the question. Do you have to demonstrate that it's exactly the same situation? and I believe it was perhaps the dissent in Miller l2 where Justice Thomas who was joined by Chief Justice Scalia possibly did kind of lay out that kind of a thing and actually Suggested in his dissent that when you make these comparisons It should be a tick tick tick and it had to be an equal matchup and Miller l2 majority said no It is not that way at all that again. You can't pick Just one thing and say that they match but you have to it's a comparative is this a credibility determination regarding the Prosecutors claims and if so, what did the trial judge say about? Well at the third stage it is an issue of the prosecutor's credibility and the trial court recalled the long hesitation recalled that it was there was no hesitation when she was asked if she could sign a not guilty form and Again went through what I just read in the record that it was a three time and found the prosecutors race neutral explanation to be credible and genuine and No, your honor the prosecutor did not recall the look but again The court forgive me the prosecutor mentioned it the court did recall the hesitation The court did not recall the facial expression But again 2010 u.s Supreme Court case Baylor the trial court does not have to personally recall or see it to find that it was still a genuine race neutral explanation from the prosecutor But if the court does not observe it that is certainly something that can be considered I mean it would go to if the court were in a situation where while I was looking at the juror and I didn't see That certainly that's something that might come into play in the analysis. Absolutely. Absolutely There wasn't a contradiction that had happened here. It just wasn't by the trial court. There was simply not an observation that when it happened So I would say again Miller l2 does not contradict easily Easily is good law and That here there isn't evidence that the defendants rebutted the state's race neutral Explanation with sufficient evidence to find that the trial court's ruling was clearly erroneous Similarly when you do when you look at the other argument that was made about a failure to offer follow-up questions and that that was an evidence of pretext and Failing to offer follow-up questions is evidence But what's interesting is that one of the cases that it cites actually recognizes that counter rationale For why you may not ask a juror follow-up questions because you run the risk of tainting the entire veneer So but Miller L. It goes a little bit. It says a little more than that. It's evidence. It says that it's evidence tending to prove purposeful discrimination correct correct But again there there is this recognition that there are times you do not want to ask those follow-up questions because it may taint the jury and here the Defendant never raised below the issue in rebutting the state's race net neutral explanation about the follow-up questions, so there wasn't an opportunity to Explain why perhaps again it would be a strategy choice if you didn't want it But that explanation isn't on the record because this was not even an issue that was raised below. It's something that's coming up now. I Just want to address a couple of things and I want to note that We were the state was not required to Lay out its race neutral reasons until we actually got to the third stage because in defendants reply brief It Noted that and it suggested that suggested It stated that the state kept throwing out these race neutral reasons until one of them stuck I believe is the language that is not accurate We originally said when we moved to excuse for cause that it was based on with juror Smith the relationship she had with the family the court did not Allow us to excuse her for cause so then the time came and we used a peremptory challenge Now it's not until we used our challenge And then defendant made a Batson claim And then the state found it there the trial court found at the first stage prima facie evidence of discrimination That we were even required to offer our race neutral reason that's the second And correct and at that time we laid out the family history the sister's relationship. We laid all of that out contemporaneously, so It isn't accurate to say we were just throwing things out to see what's stuck to the wall It's not an accurate representation of what happened here I'm out of time, but I'm well you still have some time It's the red light that you need to be looking for then I thank you Lasting one mentioned as Williams this state did say several times that They would accept Williams this again is something that was not raised below We don't know what the prosecutor was intending to say if anything with that The inferences that defendant argues in reply brief can be made based on the statement that we will accept the other jerk Williams Is conjecture and again? I don't believe any conjecture is sufficient to overcome and make a finding of clearly erroneous here. I would ask that this court Thank You counsel miss cook reply I Like to address one issue on the Batson argument State argues that it may have been strategy to not ask any follow-up questions, however the state knew that he had the burden of proof at the second stage and so he he had the burden to make that record and He could have asked that the record reflect miss Bynum's paused or miss Bonham Bynum looks confused Those are options he had to support his demeanor based strike which has to be carefully scrutinized because it's much more likely to be protectual and We would maintain that Miller L2 does contradict easily and how a court evaluates a demeanor based strike A demeanor based strike may be perfectly legitimate Depending on what it is and how it's made and how it's supported, but in this case it is not because the prosecutor added the pause in the look after the remand the Nobody else observed it the chalkboard did not have an independent recollection She says that at the hearing that she doesn't recall the jurors demeanor And she doesn't mention relying on any of her own notes or anything else that would support Her findings the prosecutor was credible Well opposing counsel says that the trial court specifically noted in its order that there was a pause Do you disagree with that? No, I believe she says I find the prosecutor credible and that you know your demeanor Exhibited what he said, but during the hearing she says well. I know I said her name a second time I don't believe there's any time where she asked the question three times The court's procedure was to ask the question and then say miss final to prompt an answer and There's no indication in the record that there was a prolonged hesitation Either prior to her trying to clarify what the question asked or after the we're a bunch of trial judges here How would you trial judge alumni? How do you show pause in the record? I? Significant pause well, that's you do that sometimes with witnesses in the witness stand I Is involved in hundreds of jury trials I don't remember ever doing it as a judge or seeing the other attorneys do it during bar deer because it tends to be a Little embarrassing. Why would you do that? Could you also just state to the juror miss find my notice that you're hesitating a little bit could I clarify that for you? Or is there something else I can do to help you answer that question yes, right? I think that personally what I would have done is to try to clarify that and ask are you confused about the way the question Is asked it is kind of a complex question, and I think it's a little Bit misleading for the state to argue that she didn't have any problems asking the next question about the not guilty verdict because it's the same question just And so it doesn't hold any weight or persuasiveness because it it wasn't like it was a new question It was the same question just the opposite And in your honor as to the Jurisdiction issue we'd be happy to file a supplemental brief addressing the course concerns Thank you both the case will be taken under advisement and a written decision shall issue